**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Lisa Boey,<br><br>*Plaintiff,*<br><br>v.<br><br>Jackie Turner,<br><br>*Defendant.* | No. 4:26-cv-276 MAL |

## Memorandum and Order

Plaintiff Boey has filed a Motion to Proceed *In Forma Pauperis*, (Doc. 2), and a Motion to Appoint Counsel, (Doc. 3). Both Motions are **DENIED** without prejudice.

### I. Plaintiff Boey's Motion to Proceed *In Forma Pauperis* and her Motion to Appoint Counsel are both denied without prejudice.

The *in forma pauperis* statute requires a plaintiff to "submit[] an affidavit that includes a statement of all assets" he "possesses" showing that he "is unable to pay" the filing fee. 28 U.S.C. § 1915(a)(1). Boey filed the required affidavit on the Court's standard form but omitted information necessary to show that she is unable to pay the filing fee. (Doc. 2). Boey listed Social Security as a source of income without specifying the amounts she receives and expects to receive in the future. (Doc. 2). Consequently, Boey's Motion to Proceed *In Forma Pauperis*, (Doc. 2), is **DENIED** without prejudice.

Because the Court cannot act in the case until the filing fee is paid or waived, Boey's Motion to Appoint Counsel, (Doc. 3), is **DENIED** without prejudice.

### II. Conclusion

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Proceed *In Forma Pauperis*, (Doc. 2), and the Motion to Appoint Counsel, (Doc. 3), be **DENIED** without

prejudice. Plaintiff Boey has through **October 21, 2026,** to either refile a complete affidavit in support of *in forma pauperis* status or pay the filing fee.

**SO ORDERED,**

This 21st day of September, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE